16.4774

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FARMERS CASUALTY INSURANCE COMPANY, a Rhode Island corporation f/k/a Metropolitan Casualty Insurance Company,<br><br>*Plaintiff,*<br><br>—vs—<br><br>ANNA BERLINGERIO and FIRST HOSPITALITY GROUP, INC., an Illinois corporation<br><br>*Defendants.* | No. 23 cv 01037<br><br>Honorable M. David Weisman |

## STIPULATION OF DISMISSAL

Now comes the Plaintiff, FARMERS CASUALTY INSURANCE COMPANY, by and through its attorneys, Joseph P. Postel and Haley M. Loutfy of Lindsay, Pickett & Postel, LLC, and Defendant, ANNA BERLINGERIO, by and through her attorney Kenneth T. Lumb, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) hereby stipulate to the dismissal of this action, without prejudice, as this action has been rendered moot by dismissal of the claim in the underlying action.

**Dated**: March 26, 2024_____

| | |
|---|---|
| Joseph P. Postel<br>jpostel@lpplawfirm.com<br>ARDC No.: 6189515<br>312-800-6008<br>Haley M. Loutfy<br>hloutfy@lpplawfirm.com<br>ARDC No.: 6330052<br>312-995-7903<br>LINDSAY, PICKETT & POSTEL, LLC<br>200 W. Madison St., Suite 3850<br>Chicago, Illinois 60606 | Respectfully submitted,<br><br>By: /s/ Joseph P. Postel<br>Attorney for Plaintiff FARMERS CASUALTY INSURANCE COMPANY |
| Kenneth T. Lumb<br>ccfiling@corboydemetrio.com<br>ARDC No.: 6207759<br>CORBOY & DEMETRIO, P.C.<br>33 North Dearborn Street, 21st Floor<br>Chicago, Illinois 60602<br>312-346-3101 | Respectfully submitted,<br><br>By: /s/ Kenneth T. Lumb<br>Attorney for Defendant ANNA BERLINGERIO |